**IN THE US DISTRICT COURT OF NEVADA**

**BRIAN EVANS,**
**205 Lakewood Garden Drive**
**Las Vegas, NV 89148**
**Plaintiff**

**vs.**

**MICHAEL GARDNER, Individually**
**BAYTREE CAPITAL ASSOCIATES, LLC**
**40 Wall Street**
**New York City, NY**
**Defendants**

*Does 1 - 2*

2:06-CV-0001

**CASE NUMBER:**_____

## COMPLAINT/DIVERSITY JURISDICTION 28 USC 1332

### STATEMENT OF THE CASE & CLAIMS OF THE PLAINTIFF

Plaintiff, Brian Evans, files this lawsuit against Michael Gardner individually and in his capacity as Chairman of Baytree Capital Associates, LLC.

Plaintiff alleges that Defendants sexually solicited the Plaintiff by making it concretely clear that should Plaintiff "be gay," because Defendant "is bi", that a business relationship could be formed. Plaintiff rejected the scenario, and all business discussions then ceased. Plaintiff, at the request of the Defendants, forwarded various musical products to Defendants. The court will refer to **Exhibit A** to review the various communications by Michael Gardner, clearly indicating that he was acting in both an individual and business capacity, emailing Plaintiff from "Baytree Capital". Other emails will be attached as Exhibits in Plaintiffs Reply to these Defendants Answer to this original complaint.

Plaintiff met Defendants at a restaurant in Las Vegas, among the guests Lt. Governor Lorraine Hunt. Defendant claimed to be "wealthy" and that he "blows millions on Vegas shows that all lose money", but that he does so "for the fun of it." Providing Plaintiff with "his business card", Plaintiff later provided Defendants with the requested materials at his office in New York City. After spending an extended amount of time with Mr. Gardner's wife, Plaintiff is completely shocked that Defendants behaved in the manner for which they clearly did (again, Exhibit A is attached, and IP tracking is also being documented for the purposes of this

lawsuit).

The Plaintiff simply sought to engage in a business dialog with Defendants, and acted in good faith and continued discussions. It was the Defendants who turned the situation from a friendly business situation, to an obvious solicitation to Plaintiff if the Defendants attempt to sieze the "opportunity" were obliged (Ex. A).

Plaintiff is in the process of obtaining counsel for this action, and will be represented by counsel who will apply to this court "Pro Hac Vice." Plaintiff requests that this court allow him the courtesy of eventually amending this complaint, currently filed Pro Se until such time as counsel has entered an appearance in this matter. Other allegations are forthcoming.

Plaintiff originally believed the Defendant to be a good man. However as interest swayed upon Plaintiff's clear disinterest in Defendants in a "gay way", Plaintiffs opinion clearly quickly turned to that of disappointment and outrage. Defendants behavior has caused Plaintiff to fear for the credibility he has established in Las Vegas as well. Plaintiff will present to this court various items to confirm where that credibility has been established from.

Plaintiff is a member of the National Academy of Recording Arts & Sciences, the Screen Actors Guild, and received various proclamations from both the Governor of Nevada and Las Vegas Mayor Oscar Goodman. Plaintiff believes this action "stands up" to the likes of this Defendant, taking advantage of the Artist. There are plenty of others like these Defendants, unfortunately. Defendant performs as the opening act for Jay Leno in Las Vegas at The Mirage. Plaintiff is also a former candidate for the United States Senate. Plaintiff could take the position that the Defendant merely "pulled this on the wrong person," but that would defeat the purpose of this lawsuit, which is to state that all individuals treated in this way should have the right to stand up for themselves.

Finally, when Defendants learned Plaintiff intended to file suit, Defendants local attorneys sent a threatening email to the Plaintiff. In one section of their "demand letter" they state that Plaintiff should "retract his allegations," and then another section of their very same letter demands Plaintiff not forward Mr. Gardner's very own emails to other parties. This is quite a hypocritical statement. It is clearly hard to retract the truth, as Mr. Gardner's own words can establish far better than the Plaintiff as to what transpired here. Defendants counsel also insinuated that Plaintiff sent them a letter attempting to "extort" the Defendant, also untrue. Plaintiff never made any such demand in writing or verbally, and presented only one Confidential Settlement Proposal as is customary in all lawsuits, not just this one.

The Defendants need to be taught a lesson. It is difficult enough to make a living in the entertainment business without people like this who prey on those deemed weaker than themselves, and eventually someone needs to stand up to people like this. Wealth is not a license to demean those less fortunate, or to use that wealth to satisfy other desires that do not relate to business. This is not the first

lawsuit Mr. Gardner has had lodged against him, to be explained later.

Plaintiff may not have the vast wealth of the Defendants, nor may Plaintiff be able to retain one of the largest law firms in Las Vegas, however that should not prevent the Plaintiff from making his claims and a record of what transpired to this court. If nothing else, Plaintiff will be satisfied that there is simply record of the matter in the event this happens to someone else. All these Defendants needed to do was say "not interested," in Plaintiffs business proposals. Instead, Defendants strung the Plaintiff along and Defendants own emails clearly confirm what the interest in Plaintiff truly was. The Defendants should be held to the same standard as any other person who behaves in this manner.

It should also be noted that more than ten days ago, Plaintiff filed a formal complaint, attached with Defendants emails, to the state attorney's office in Las Vegas for investigation. Finally, Plaintiff will attach further exhibits in his reply to the Defendants Answer in this matter. Based on the "demand letter" of the Defendants counsel, it is clear that the Defendants intend on throwing as much as possible against the Plaintiff for even daring to stand up to the Defendants, actually claiming in their demand letter that the Plaintiff "retract" his allegations or suffer governmental punishment. The lawyers for the defendants are lawyers, not governmental agents, so they have no right to be making such threats on behalf of governmental agencies that don't even know about this case or the evidence Plaintiff will show, with the exception of the formal complaint Plaintiff has filed with the state attorneys office. It is the same arrogance suggested by the Defendants themselves, attempting to portray themselves as "all powerful", and that they obtain such influence to somehow hurt the Plaintiff should he dare stand up to their client.

Certainly, Plaintiff cannot, and will not, retract allegations admitted by the Defendants in his very own words and communications to the Plaintiff. It's as if the Defendants counsel are actually asking the Plaintiff to sign a statement stating the sky is orange, when in fact our own eyes can see that it is blue. The Plaintiff will simply not be intimidated by the Defendants threats or various statements (emails to be exhibited later) which talk of how "powerful" the Defendants claim to be. Although arrogance is not legal basis to sue, unfortunately, the facts remain simple: The Defendants made it clear they were interested in becoming involved with the Plaintiff in a musical way, and when it came time to do so, it became clear by the Defendants emails what it would actually take for them to participate and the Plaintiff rejected the offers.

## VENUE

Venue is proper as Defendant resides in both Las Vegas and New York according to his own postings on the Internet (See **Exhibit B**). Regardless, jurisdiction is proper under 28 USC 1332 in that this lawsuit seeks damages and punitive damages in an amount exceeding $75,000. Defendant acted in official capacity when the business card of "Baytree Capital" was provided to the Plaintiff to initiate the communications that ultimately resulted in this action. That

original business card was attached to the complaint Plaintiff has filed with the state attorneys office.

Therefore, Plaintiff files this action and seeks from the Defendant an amount of USD $750,000, along with punitive damages to be determined by a jury. Plaintiff also notes that other allegations may be made in an amended complaint.

Submitted:

Brian Evans
205 Lakewood Garden Drive Box 14
Las Vegas, NV 89148
(702) 740-8638

**JURY TRIAL DEMANDED**

**January 3rd, 2006**

# Exhibit A

Subj:    **RE: Sample of new "Brian Evans & William Shatner Live CD"**
Date:    12/9/2005 10:21:15 A.M. Pacific Standard Time
From:    MGardner@baytreecapital.com
To:      Lakewoodsing@aol.com

A more personal e mail is mgbaytree@aol.com


**From:** Lakewoodsing@aol.com [mailto:Lakewoodsing@aol.com]
**Sent:** Thursday, December 08, 2005 2:11 PM
**To:** undisclosed-recipients
**Subject:** Sample of new "Brian Evans & William Shatner Live CD"

For more information visit www.brianevansonline.com

Attached are two free tracks from the new album!

You will all receive the actual album tomorrow via DHL.

Thank you,

Crooner, Inc.

Return-Path: <MGardner@baytreecapital.com>
Received: from rly-ya01.mx.aol.com (rly-ya01.mail.aol.com [172.18.141.83]) by air-ya02.mail.aol.com (v107.13) with ESMTP id MAILINYA23-13c4399c88510c; Fri, 09 Dec 2005 13:21:14 -0500
Received: from btcny1nt1.ROOT.local (static-71-249-227-64.nycmny.east.verizon.net [71.249.227.64]) by rly-ya01.mx.aol.com (v108.32) with ESMTP id MAILRELAYINYA16-13c4399c88510c; Fri, 09 Dec 2005 13:10:13 -0500
Content-class: urn:content-classes:message
Subject: RE: Sample of new "Brian Evans & William Shatner Live CD"
MIME-Version: 1.0
Content-Type: multipart/alternative;
        boundary="----_=_NextPart_001_01C5FCEB.BB9E519A"
Date: Fri, 9 Dec 2005 13:10:09 -0500
X-MimeOLE: Produced By Microsoft Exchange V6.5.7226.0
Message-ID: <5F2743E82B56974E9EADB7CA521B59A8051E84@btcny1nt1.ROOT.local>
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
Thread-Topic: Sample of new "Brian Evans & William Shatner Live CD"
Thread-Index: AcX8K1KGIKZgfyGARN6+wkINLUgSuAAwGo3g
From: "Michael Gardner" <MGardner@baytreecapital.com>
To: <Lakewoodsing@aol.com>
X-AOL-IP: 71.249.227.64
X-AOL-SCOLL-SCORE: 0:2:261108665:9932111
X-AOL-SCOLL-URL_COUNT: 0

Subj:       **Re: Sample of new "Brian Evans & William Shatner Live CD"**
Date:       12/9/2005 10:57:27 A.M. Pacific Standard Time
From:       Mgbaytree
To:         Lakewoodsing

broke up and cleaned out where have I heard that before. is this an opportunity to ask if you're, straight or?

Subj:     **Re: Sample of new "Brian Evans & William Shatner Live CD"**
Date:     12/9/2005 1:16:48 P.M. Pacific Standard Time
From:     Mgbaytree
To:       Lakewoodsing

cool only asked because you're hot, I'm bi

Subj:     **Re: Brian Evans**
Date:     12/10/2005 6:39:23 P.M. Pacific Standard Time
From:     Mgbaytree
To:       Lakewoodsing

I don't do inconsistencies, first you just broke up with someone who took you to the cleaners, next you have a partner, same hour mails, see you when I have a chance in Vegas. Yes I had hard times because I started with nothing. You keep raising the question of if I'm in the position to help you, wrong question, that you can find out easily, the issue is if I choose to help you, wrong approach. Michael

Subj:     RE: (no subject)
Date:     12/7/2005 3:46:39 P.M. Pacific Standard Time
From:     MGardner@baytreecapital.com
To:       Lakewoodsing@aol.com

I'll be there soon, I hear you, what is your overhead like? What do you need to straighten out? If not adoption how do we handle. Relax a bit, MG


**From:** Lakewoodsing@aol.com [mailto:Lakewoodsing@aol.com]
**Sent:** Wednesday, December 07, 2005 1:27 PM
**To:** Michael Gardner
**Subject:** Re: (no subject)

In a message dated 12/6/2005 3:48:09 P.M. Pacific Standard Time, MGardner@baytreecapital.com writes:

| Stay calm I'd ask a different question

Help me figure out the question to ask.

Hope all is well. Send you something you'll have tomorrow.

Brian

# Exhibit B

**MICHAEL GARDNER (Producer) -** love of theatre began under the tutelage of his mother, an assistant to playwright and theatrical producer, David Belasco. Being raised on matinee performances provided Mr. Gardner with a growing attraction to the performing arts. As Chairman of Baytree Capital Associates LLC, he had been able to strengthen that commitment as a Producer. A respected financier and philanthropist, Michael takes an active interest in all of his theater productions, providing boundless energy and financial acumen to the ventures. Recent theater investments include Mr. Goldwyn, starring Alan King and Fortune's Fool, with Tony Award winners Alan Bates and Frank Langella. Mr. Gardner divides his time between homes in Manhattan, Quogue and Las Vegas.

back to top

**LAWRENCE HOROWITZ, M.D. (Producer) -** is the Tony-nominated producer of Electra and It Ain?t Nothin? but the Blues. He has produced over 30 TV movies, for which he has received various awards and honors, including an Emmy nomination (Switched At Birth). The author of Taking Charge of your Medical Fate, he actively pursues an interest in health care stemming from his tenures as Staff Director of the US Senate Committee on Health and Chief of Staff to Senator Edward M. Kennedy. He currently serves as a trustee of both the Scripps Research Institute and the Terry Sanford Institute of Duke University and lives in California with wife Lenore. His greatest achievements are his children: Lauren, Michael, Jeremy, and Mirah.

back to top

**LEXINGTON ROAD PRODUCTIONS (Producer) -** An active financier in film, television and theatre. It is managed by sister company, East of Doheny. Theatre credits include Broadway productions of Not About Nightingales and Sweet Smell of Success; National tour of Art; London productions of Cressida and Napoleon; L.A. production of Flower Drum Song. Films include Merchant of Venice recently shown on the EBC and Masterpiece Theatre (PBS); the John Sayles movie Men With Guns, the IMAX film Siegfried & Roy: The Magic Box, and theatricals A Time for Dancing and The Big Empty.

back to top

**DAVID SONENBERG (Producer) -** Born and raised in NY, received a B.A. in Theater at Tufts University and a J.D. at Harvard Law School. Joining the entertainment law firm Weissberger & Frosch, Sonenberg represented Broadway and Off-Broadway productions, including Hair, Godspell and Cabaret. Sonenberg started the entertainment management firm DAS Communications, Ltd., whose first project, Bat Out Of Hell, set an industry record for a debut album selling 43 million copies. Meat Loaf, Jim Steinman, Lauryn Hill, WyClef Jean, the Spin Doctors, Fugees and Joan Osborne are some of the artists discovered and managed by DAS who have sold in excess of 200 million records. Sonenberg received the Academy Award as Producer of the 1997 documentary When We Were Kings featuring Muhammad Ali. By agreement with Yoko Ono, Sonenberg launched The John Lennon Songwriting Contest. Dance Of The Vampires is his first venture as Broadway Producer.

back to top

**Wicked Musical Tickets**
Buy Wicked Tickets. Low Price. Express Shipping.

Ads by Googoooogle

**Wicked the Musical**
See Wicked on Broadway & Other Theatre
Wicked Musical Tickets

Advertise on the

The content presented on DOTVFans.com web site is strictly for entertainment and educational purposes. If a

# Exhibit C

# 14TH ANNUAL DIRECTORY OF GUITAR/BASS •SERVICES •INSTRUCTORS

Vol. XXIX, No.08  04/11/05 to 04/24/05     U.S. $2.95 (Canada $3.95)

# MUSIC CONNECTION

Published Every Other Thursday Since 1977™

# RECYCLING YOUR MUSIC

# BRIAN EVANS

## *Vegas Crooner Keeps it Old-School*

### by Rob Putnam



To many people, a Las Vegas crooner might seem something of an anachronism; a graduate of the old school. But it's the kind of music upon which Boston native Brian Evans has built his career. How he went from buying lunch on a Mobil credit card to opening for Jay Leno on the Las Vegas Strip is a story peppered with anecdotes and enough pearls of road-harvested wisdom to sate any musician's appetite.

Evans moved to Los Angeles with his mother when he was young. Later, he took a number of acting jobs, including roles in *Full House* and the *Beverly Hills, 90210* pilot. But he soon realized that music was his passion, crooning in particular.

Wary of potential negative repercussions if his efforts failed, he took his act to Canada, where he recorded his first album and released it on the sly. Because he couldn't afford a band, the vocals were recorded over licensed karaoke tracks.

The result was well received in the indie charts. Ultimately he attracted the interest of BMG and he soon became the first independent artist to ever be included in their monthly CD club catalog. "This was great for a number of reasons," Evans notes, "not the least of which was that they paid for the pressing and distribution. Prior to working with them I spent a lot of money on hundred-page press kits. Once I started to work with BMG, people took me seriously. Now my press packets are much smaller. They're held together by two staples."

The wife of his present manager, Elliott Lott, enjoyed his act when she caught him in Canada. This sparked an invitation for a two-week appearance at the now-defunct Desert Inn casino in Las Vegas. He later parlayed this into a two-year engagement. "I had to take that deal," Evans says. "Vegas and crooning coincide." Gigs at several other Vegas casinos soon followed, as did the only live album to ever be recorded at the Desert Inn: *Brian Evans — Live at the Desert Inn*.

After multiple albums — many of which were released and charted in Asia, where he toured — this past January Evans was offered the opening spot for Jay Leno's Vegas act. "I landed that because a rep with ICM (International Creative Management Inc., the agency that manages Leno) saw my album in the BMG catalog and then contacted me via e-mail," he recalls. "That was really exciting but also kind of scary. I first opened for him on a Friday night and Jay was happy."

In a music world where pop and hip-hop dominate, Evans forged his passion for crooning into a lucrative career. But it wasn't an easy road to success. "I've been doing this for 18 years," Evans notes. "When I was young the other kids listened to rock. But I stuck with what I loved and it worked out. I made a lot of mistakes along the way and no one could have mapped this career. Patience and a love for what I do has helped me to succeed. It's also amazing what a billboard on the Vegas Strip can do for your confidence."

Among Evans' crooner standards are "My Way," "Summer Wind" and "What a Wonderful World." Such songs were originally performed by the likes of Frank Sinatra, Tony Bennett and Bobby Darin. Evans' varied repertoire has also included such non-crooning elements as Van Halen's "Jump" and Fine Young Cannibals' "She Drives Me Crazy."

Evans draws on his experiences to offer advice to aspiring singers: "Concentrate on the music first and let all the other things, like press kits, come later. Anytime that I've tried to do music for the wrong reasons I've shot myself in the foot. You have to be patient and wait out disappointments."

Throughout his career Evans has released a total of 17 albums, primarily overseas. He's cracked daytime TV, but is still working on late-night.

A major-label deal is expected in the near future for the release of the singer's forthcoming self-titled album.