1  ROBERT J. KOSSACK, NV Bar # 2734
   KOSSACK LAW OFFICES
2  4535 W. Sahara Ave., Suite 101
   Las Vegas, Nevada 89102
3  Telephone: (702) 253-7068
   Fax: (702) 368-0471
4
   Attorneys for Plaintiff Brian Evans

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN EVANS,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL GARDNER, individually,<br>BAYTREE CAPITAL ASSOCIATES, LLC,<br><br>        Defendants. | Case No. CV-S-06-00001<br><br>**NOTICE OF DISMISSAL**<br>**(Fed. R. Civ. P. 41(a)(1)(i))** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      TAKE NOTICE that Plaintiff BRIAN EVANS ("Evans") dismisses this action without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

DATED this 6th day of January, 2006.    KOSSACK LAW OFFICES

                                        /s/ Robert J. Kossack
                                    ROBERT J. KOSSACK, NV Bar # 2734
                                    4535 W. Sahara Ave., Suite 101
                                    Las Vegas, Nevada 89102

                                    Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of January, 2006, I placed a true and correct copy of **PLAINTIFF'S NOTICE OF DISMISSAL**, in the United States Mail, first-class postage fully prepaid, to the last known address of the following:

> FRED D. "PETE" GIBSON, III, NV Bar # 1474
> SUZANNE L. MARTIN, NV Bar # 8833
> 1700 Bank of America Plaza
> 300 South Fourth Street
> Las Vegas, Nevada 89101
> Attorneys for Defendants

*/s/ Susan L. Gutierrez*
An employee of Kossack Law Offices